# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Preston J. Bushard, | ) | |
| | ) | Case No. 1:12-mj-153 |
| Defendant. | ) | |

Upon further consideration, the court will defer imposition of the requirement of electronic monitoring on the assumption that the revocation hearing will proceed on January 2, 2013, as scheduled and given the short amount of time between defendant's initial appearance on the petition and the date of his revocation hearing, and the fact that the defendant will be with his parents with a significant amount of that time at an out-of-state location and the intervening weekend and holidays, making it difficult for Pretrial Services to hook up the monitor. If the revocation hearing does not proceed as scheduled, the court would consider complying with the condition.

**IT IS SO ORDERED.**

Dated this 17th day of December, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court